## THE ST. LOUIS.

### Petition of PENNSYLVANIA R. CO.

Circuit Court of Appeals, Second Circuit. October 21, 1929.

No. 10.

█

Bigham, Englar, Jones & Houston, of New York City (Charles W. Hagen, of New York City, of counsel), for appellants.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Chauncey I. Clark and Frederic Conger, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree [35 F.(2d) 741] affirmed.